UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 449-19 (KPF) |
| JESUS MARTINEZ, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Jesus Martinez, USM #85452-054, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:  February 3, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge